# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS GANT, <br><br> Petitioner, <br><br> v. <br><br> RON E. BARNES, Warden, <br><br> Respondent. | Case No. CV 14-2618-CJC (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

\\

\\

IT IS THEREFORE ORDERED that petitioner's Motion to Amend (docket no. 35) is granted in part as follows: the proposed First Amended Petition lodged with the Motion to Amend is deemed filed as of August 25, 2016, but with the following claims stricken: Claim One(E), Claim Two, and the portion of Claim Four that incorporates and references Claim Two.

DATED: August 28, 2017

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE